UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROCKY JOE GIBBS, <br><br> Petitioner, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, <br><br> Respondent. | Case No. 2:24-cv-01236-JHC <br><br> ORDER |

Before the Court is Respondent's Motion to Dismiss. Dkt. # 6. The Court has reviewed the motion, the rest of the file, and the governing law. Being fully advised, the Court rules as follows:

First, Petitioner failed to oppose the motion. The Court considers this failure as "an admission that the motion has merit." LCR 7(b)(2).

Second, for the reasons argued by Respondent, Dkt. # 6, the Court agrees that Petitioner lacks Article III standing, and that the Court lacks subject matter jurisdiction.

Given the foregoing, the Court DISMISSES this matter without prejudice.

Dated this 15th day of November, 2024.

                                         *John H. Chun*
                                         JOHN H. CHUN
                                         United States District Judge

ORDER
Case No. C-24-cv-1236-JHC

2